| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 2:07-CR-0287 LKK |
| v. | ) |
| | ) |
| HERIBERTO MAGANA-GARCIA | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee: **HERIBERTO MAGANA-GARCIA**
Detained at (custodian): **PLEASANT VALLEY STATE PRISON**

Detainee is:
- a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint charging detainee with: Being a Deported Alien Found in the United States
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Heriberto G. Magana, Heriberto Magana | Male X  Female ___ | |
| Booking or CDC #: | **V35216** | DOB: | |
| Facility Address: | 24863 West Jayne Avenue | Race: | |
| | Coalinga, CA 93210 | FBI #: **220670LB6** | |
| Facility Phone: | 559-935-4900 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____   By: _____
                                                                                               (Signature)