UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 2:07-CR-0287 LKK |
| v. | ) |
| | ) |
| HERIBERTO MAGANA-GARCIA | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    HERIBERTO MAGANA-GARCIA
Detained at (custodian):    **PLEASANT VALLEY STATE PRISON**

Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
                           charging detainee with: Being a Deported Alien Found in the United States
     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                           is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature:    /s/ Kyle F. Reardon
Printed Name & Phone No:    KYLE F. REARDON/916-554-2782
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/30/07

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Heriberto G. Magana, Heriberto Magana | Male X Female ___ |
| Booking or CDC #: | **V35216** | DOB: |
| Facility Address: | 24863 West Jayne Avenue | Race: |
| | Coalinga, CA 93210 | FBI #: **220670LB6** |
| Facility Phone: | 559-935-4900 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                                                (Signature)