DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HERIBERTO MAGANA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0287 LKK |
| Plaintiff, | ) |
| v. | ) ORDER |
| HERIBERTO MAGANA-GARCIA, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on for Status Conference on December 11, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks for Defendant Amos Hill, who was present in court and in custody.

    Defense counsel has requested a pre-plea pre-sentence report be prepared in this case and a status conference be set for January 15, 2008, to assist the parties in ascertaining the defendant's criminal

history category and offense level. The defense will work with United States Probation to prepare the pre-plea PSR.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for the ongoing preparation of counsel, from December 11, 2007, up to and including January 15, 2008.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to January 15, 2008, at 9:30am.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from December 11, 2007, up to and including January 15, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: January 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order        -2-