IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HERIBERTO MAGANA-GARCIA,<br><br>　　　　　Defendant. | Case №: 2:07-cr-00287-JAM<br><br>**O R D E R**<br>**CORRECTING DOCKETS 16, 17, 18, AND 19 [DELETING AMOS HILL AND ADDING HERIBERTO MAGANA-GARCIA] AND TO BUREAU OF PRISONS RE: CORRECTIONS** |

　　Upon the Defendant, HERIBERTO MAGANA-GARCIA's motion, good cause appearing that the "Amos Hill" inclusions in Dockets 16-19 was a mistake and not related to this case, and the Government having no objection,

　　IT IS HEREBY ORDERED correcting Dockets 16, 17, 18, and 19 to change "Amos Hill" to "Heriberto Magana-Garcia" wherever mentioned.

　　Further, the Bureau of Prisons is hereby advised of the corrections and instructed that "Amos Hill" is not and must not be associated as being "Heriberto Magana-Garcia."

Dated: December 30, 2020　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　────────────────────────
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

*U.S. v. Magana-Garcia*　　　1　Order Correcting Dockets 16, 17, 18, and 19 and to Bureau of Prisons re: Corrections